**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **Criminal No.   16-20180-SHL** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **BERNICE GUNN-DAVIS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## UNITED STATES SENTENCING POSITION

Comes now the United States Attorney for the Western District of Tennessee by and through his duly authorized Assistant, and takes the following position regarding the sentence to be imposed in the above styled and numbered cause:

**I.   Status of the case**

Defendant Bernice Gunn-Davis has entered a guilty plea to Count 1 of an information charging access to a protected computer exceeding authorization, in violation of Title 18, United States Code, Section 1030(a)(2)(C) and (c)(2)(A).

Ms. Gunn-Davis used her position as an employee of the Tennessee Department of Children's Services (DCS) to access confidential records of minors in DCS custody for a friend and former colleague, Rubbie King.  Although Gunn-Davis was not assigned to the case, Gunn-Davis accessed the computer file at King's request, and shared or confirmed information contained in that file.

1

**II.       Recommendations**

In accord with the plea agreement entered in this case, the government will ask this Court to impose a sentence at the low end of the recommended guideline range.   The government does not intend to seek a custodial sentence and will support a sentence of probation.

                          Respectfully submitted,

                          EDWARD L. STANTON III
                          Acting United States Attorney

By:      /s/ Debra L. Ireland
          Assistant United States Attorney


**CERTIFICATE OF SERVICE**

I, Debra L. Ireland, Assistant United States Attorney, do hereby certify that a copy of the foregoing Motion was forwarded by electronic means, via the Court's Electronic Filing System, to John H. Parker, Esq.., Attorney for Defendant.

This    24th    Day of February, 2017.

                           /s/   Debra L. Ireland
                          Assistant United States Attorney